UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWSON SEAN ALEXANDER, | : |
| | : CIVIL ACTION NO. 3:12-CV-159 |
| Petitioner | : |
| | : (Judge Nealon) |
| v. | : (Magistrate Judge Carlson) |
| | : |
| ERIC HOLDER, et al., | : |
| | : |
| Respondents | : |

## ORDER

NOW, THIS 4th DAY OF APRIL, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED without prejudice**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_/s/ William Nealon_
**United States District Judge**