UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWSON SEAN ALEXANDER, : | |
| : | CIVIL ACTION NO. 3:12-CV-159 |
| Petitioner : | |
| : | (Judge Nealon) |
| v. : | (Magistrate Judge Carlson) |
| : | |
| ERIC HOLDER, et al., : | |
| : | |
| Respondents : | |

### MEMORANDUM

On January 26, 2012, Petitioner, Lawson Sean Alexander, filed this petition for writ of habeas corpus which was denied without prejudice by this Court on April 5, 2012 because Petitioner had not demonstrated that he had been detained for an unreasonable duration and that he would not be removed in the foreseeable future. (Docs. 1 & 10). On appeal, the United States Court of Appeals for the Third Circuit remanded the matter to this Court to address Petitioner's "cursory" argument that Respondents failed to comply with its regulatory regime. (Doc. 16). However, the Third Circuit Court of Appeals noted that Petitioner's removal "would almost certainly moot the claims he raises." (Doc. 16, n. 4). On September 18, 2012, Respondents informed the Court through a suggestion of mootness that Petitioner was removed from the United States to Grenada on September 12, 2012 and is no longer in Immigration and Customs Enforcement custody. (Doc. 18). Accordingly, it is determined that both the regulatory argument and Zadvyas claim are moot, the petition will be denied, and the matter will be closed.

Date: September 21, 2012

United States District Judge

**FILED**
**SCRANTON**

SEP 21 2012

PER _____
DEPUTY CLERK